IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NABIL MOSARAH, et al.,

     Plaintiffs,                    No. CIV S-11-2705 MCE CKD PS

    vs.

SUNTRUST MORTGAGE, INC.

     Defendants.            <u>ORDER</u>

_____/

        Plaintiffs are proceeding in this action pro se. This action was removed from the Superior Court of California, County of Stanislaus on the basis of diversity jurisdiction. The federal venue statute requires that a civil action wherein jurisdiction if founded only on diversity of citizenship may be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(a).

        In this diversity action, all of the defendants do not reside in the same State. However, the real property at issue in this case is situated in Stanislaus County. Therefore,

/////

1

1  plaintiffs' state court action should have been removed to the United States District Court for the
2  Eastern District of California, Fresno Division.  See Local Rule 120(d).
3        Pursuant to Local Rule 120(f), a civil action which has not been commenced in
4  the proper division of a court may, on the court's own motion, be transferred to the proper
5  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
6  court.
7        Good cause appearing, IT IS HEREBY ORDERED that:
8        1.  This action is transferred to the United States District Court for the Eastern
9  District of California sitting in Fresno; and
10       2.  All future filings shall reference the new Fresno case number assigned and
11 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: October 17, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE